Mae Burr et al., appellees, v. Olga V. Rossler et al., on appeal of Olga V. Rossler, appellant. Gen. No. 27,438.

Suit for the restoration and foreclosure of a lost trust deed, for subrogation and for general relief. Decree for complainant Mae Burr. Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed October 30, 1922.

Frank B. Murray, for appellant; Thomas J. O'Hare, of counsel. James G. Skinner, for appellees; William S. Hefferan, of counsel.
Mr. Justice Matchett delivered the opinion of the court.

---

Henry J. Karstens & Company, appellee, v. Lawrence C. O'Brien, appellant. Gen. No. 27,535.

Action for a balance for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed October 30, 1922.

Kelly, Burns, Daly & Fitzgerald, for appellant; James D. Murphy, of counsel. William G. Wise, for appellee.
Mr. Justice Matchett delivered the opinion of the court.

---

Mary W. Mulcahy, appellee, v. Board of Trustees of Police Pension Fund of the City of Chicago, appellant. Gen. No. 27,554.

Mandamus to compel the trustees of the Police Pension Fund to pay arrears of pension and payment of a pension in the future. Writ granted. Appeal from the Superior Court of Cook county; the Hon. Timothy D. Hurley, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed October 30, 1922. Rehearing denied November 17, 1922.

Samuel A. Ettelson, for appellant; James W. Breen, of counsel. A. D. Gash, for appellee.
Mr. Justice Matchett delivered the opinion of the court.

---

Josefa Simek, appellee, v. Vaclav Novy et al., appellants. Gen. No. 27,577.

Suit to foreclose a trust deed. Decree of foreclosure. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed October 30, 1922.

Joseph C. Pisha and Ewart Harris, for appellants. Frank Posvic and Otto F. Ring, for appellee.
Mr. Justice Matchett delivered the opinion of the court.